

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-32-M-JCL |
| United States Postal Service parcel addressed to Cavelle Levine, 1062 Oak ST., #14, Bozeman, MT 59715 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of April, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

1